UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 AUG 25 PM 2:17

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

**WALTER MCGHEE, II**

**JUDGMENT IN A CIVIL CASE**

v.

**ANDREW PALMER**

CASE NO: 05-2525-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that in accordance with the Order Of Dismissal entered on August 16, 2005, this cause is hereby dismissed.

APPROVED:

_____
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

THOMAS M. GOULD

_____
Clerk of Court

_____
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8/29/05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02525 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Walter McGhee
2810 Montague Avenue
Memphis, TN 38114

Honorable Bernice Donald
US DISTRICT COURT